IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


UNITED STATES OF AMERICA                                                    RESPONDENT


VS.                                     CASE NO. 1:09-cr-10014
                                        CASE NO. 1:12-cv-10984


AUDREY LAVELL TATUM                                                            MOVANT

## ORDER

Before the Court is the Report and Recommendation filed September 14, 2012, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 66). Judge Bryant recommends that Audrey Lavell Tatum's Petition for Writ of Habeas

Corpus[1] (ECF No. 61) be denied as currently filed due to a lack of clarity in the petition. Judge

Bryant further recommends that the Clerk be directed to provide Tatum with the appropriate Court

approved form for filing a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C.

§ 2255 so that he may re-file his petition with greater clarity as to the relief he is seeking. Finally,

Judge Bryant recommends that the Court's Order of August 28, 2012 (ECF No. 62) be amended to

allow Tatum thirty additional days to file any Motion pursuant to § 2255.

The parties have not filed objections to the Report and Recommendation, and the time to

object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation *in toto*. Tatum's Petition (ECF No. 61) is **DENIED** as currently filed. The Clerk

---

[1]This Petition has been docketed as a Motion to Vacate under 28 U.S.C. § 2255. (ECF No. 61). However, to avoid confusion with a pending motion for retroactive application of the Sentencing Guidelines (ECF No. 59), the Court will refer to the instant pleading as "the Petition."

is directed to provide Tatum with the appropriate Court-approved form for filing a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. Tatum's deadline for submitting a new petition pursuant to § 2255, using the Court-approved form, is extended to **November 7, 2012**. Failure to file a petition pursuant to § 2255 by November 7, 2012, may result in the dismissal of Tatum's claims with prejudice.

      **IT IS SO ORDERED**, this 4th day of October, 2012.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge