# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Audrey Lavell Tatum<br><br>Date of Original Judgment: February 18, 2011<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No:  1:09CR10014-001<br>)<br>)  USM No:  06782-010<br>)<br>)  Allen P. Roberts<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  February 18, 2011  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  11/28/12

Effective Date: _____
*(if different from order date)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**NOV 28 2012**

CHRIS R. JOHNSON, Clerk
By _____  Deputy Clerk

*Judge's signature*

Harry F. Barnes
*Printed name and title*

District Judge (Senior)